UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SCHENVISKY JAMES, #155610, ) | |
| Plaintiff, ) | |
| ) | No. 4:01-cv-98 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| CONNIE HORTON, ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 223), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  March 18, 2020  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge